**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Aboud Samb,**

                *Plaintiff*,      Case No. 3:18-cv-034

**v.**

                                  District Judge Thomas M. Rose

**Cargill, Inc., et al.,**

                                  Magistrate Judge Sharon Ovington

                *Defendants*.

_____

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (ECF 14), DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE; AND TERMINATING THE INSTANT CASE.**
_____

This matter comes before the Court pursuant to the Report and Recommendations of Magistrate Judge Sharon Ovington (ECF 14) recommending that Plaintiff's Complaint by dismissed without prejudice and the case be terminated.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case.

The Court **ADOPTS** the Report and Recommendations (ECF 14) in its entirety. Plaintiff's Complaint is **DISMISSED** without prejudice. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Wednesday, July 10, 2019.

**s/THOMAS M. ROSE**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE